Before the Third Division, April 21, 1969

**No. P69/110.**—J. E. Bernard & Co., Inc. *v.* United States, protest 65/15737–15058 (Chicago).

Landis, J. In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protest are manufactures of the United States, exported without drawback, and returned without having been advanced in value or improved in condition by any process of manufacture or other means and that the applicable customs regulations have been complied with, the claim of the plaintiff was sustained. *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296).

Before the First Division, April 22, 1969

**No. P69/111.**—Karl Schroff & Assoc., Inc. *v.* United States, protests 67/60486–5044, etc. (Chicago).

Watson, J. In accordance with submission on agreed statement of facts that the merchandise covered by the foregoing protests consists of artificial flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made therefrom, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiff was sustained.